**IN THE CIRCUIT COURT OF THE
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

**SHARON JOHNSON,**

    **Plaintiff,**

vs.                                                                                       **CASE NO.:**

**SEAWORLD PARKS &**                                      **DIVISION:**
**ENTERTAINMENT, LLC,**

    **Defendant.**

_____/

**DEFENDANT SEAWORLD PARKS & ENTERTAINMENT LLC'S
<u>NOTICE OF REMOVAL</u>**

Defendant SeaWorld Parks & Entertainment LLC ("SeaWorld"), pursuant to 28 U.S.C. §§ 1441 and 1446, hereby gives notice of the removal to this Court of the case styled, *Sharon Johnson v. SeaWorld Parks & Entertainment LLC*, filed in the Circuit Court of the Thirteenth Judicial Circuit, in and for Hillsborough County, Florida, Case No.: 2022-CA-003518. As grounds for this removal, SeaWorld states:

1. On April 28, 2022, an action was commenced by the filing of a Complaint in the Thirteenth Judicial Circuit in and for Hillsborough County, Florida, entitled, *Sharon Johnson v. SeaWorld Parks & Entertainment LLC*, Case No.: 2022-CA-003518.

2. On October 14, 2022, Plaintiff filed a Motion for Leave to Amend Complaint attaching the proposed Amended Complaint. Although the Amended Complaint has not yet been deemed filed, Plaintiff's Motion for Leave with the attached Amended Complaint was an "other paper" upon which SeaWorld first became aware that Plaintiff was asserting a claim based on the

Americans with Disabilities Act. Accordingly, SeaWorld files this Notice of Removal within 30 days of receipt of the Motion for Leave to Amend.

3. The above described action is a civil action of which this court has original jurisdiction under the provisions of 28 U.S.C. § 1331 and is one which may be removed to this court by SeaWorld pursuant to the provisions of 28 U.S.C. § 1441.

4. Included in the Amended Complaint, Plaintiff claims she is a person with a disability and alleges an ADA violation against SeaWorld.

5. The existence of a federal question is governed by the well-pleaded complaint rule, which requires the federal question to be presented on the face of the plaintiff's properly pleaded complaint. *Quitto v. Bay Colony Golf Club, Inc.*, 2006 U.S. Dist. LEXIS 64613, * 3-4 (M.D. Fla. 2006). Here, Plaintiff's Amended Complaint unquestionably establishes federal question jurisdiction on its face by invoking 42 U.S.C. § 12101, *et seq*. Thus, removal here is proper on the ground that this Court would have had original jurisdiction over this action in that it is a civil action founded on a claim or right arising under the Constitution, treaties or laws of the United States. 28 U.S.C. § 1441(a); *See also Quitto*, 2006 U.S. Dist. LEXIS 64613 at * 3-4.

6. Plaintiff's Amended Complaint also alleges negligence. This Court has supplemental jurisdiction over this claim under 28 U.S.C. § 1367(a), which provides:

> Except as provided in subsections (b) and (c) or as expressly provided otherwise by Federal statute, in any civil action of which the district courts have original jurisdiction, the district courts shall have supplemental jurisdiction over all other claims that are so related to claims in the action within such original jurisdiction that they form part of the same case or controversy under Article III of the United States Constitution.

Because all claims alleged by Plaintiff arise from her visit to Busch Gardens Tampa on December 27, 2019, all of Plaintiff's claims form part of the same case or controversy. Thus, this Court has supplemental jurisdiction over the claims alleged by Plaintiff in Plaintiff's Amended Complaint.

7. SeaWorld attaches hereto as Composite Exhibit "A," all process, pleadings, orders, and other papers and exhibits filed in this action. 28 U.S.C. § 1446(a); Local Rule 1.06, Rules of the United States District Court for the Middle District of Florida. These papers include a Complaint, Motion for Leave to Amend Complaint and Amended Complaint.

8. Venue properly rests in the Tampa Division of the United States District Court for the Middle District of Florida, pursuant to 28 U.S.C. § 1441(a) and Local Rule 1.04, Rules of the United States District Court for the Middle District of Florida, since this action is being removed from the state court wherein it was originally filed in the Circuit Court of the Thirteenth Judicial Circuit in and for Hillsborough County, Florida.

9. SeaWorld represents it will file with the Clerk of the Court for the Thirteenth Judicial Circuit, in and for Hillsborough County, Florida a Notice of Filing Notice of Removal pursuant to 28 U.S.C. § 1446(d), and will give written notice thereof to all adverse parties. A copy of said Notice is attached hereto as Exhibit "B."

10. Pursuant to 28 U.S.C. § 1446(b)(3), this Notice of Removal has been timely filed and without waiver by SeaWorld. Specifically, this Notice of Removal has been filed within 30 days after SeaWorld was in receipt of Plaintiff's Motion for Leave with an attached Amended Complaint.

WHEREFORE, Defendant SeaWorld Parks & Entertainment LLC respectfully requests this Court to assume jurisdiction of the above-described action now pending in the Thirteenth Judicial Circuit in and for Hillsborough County, Florida, pursuant to 28 U.S.C. § 1331 and 1441.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing has been furnished to Christopher V. Butler, Esq., Butler Legal, P.A., 200 E. Commercial Street, Suite #2, Sanford, FL 32771 via e-mail to cvbutlerlaw@gmail.com (Attorneys for Plaintiff), this 10th day of November, 2022.

/s/ Carie L. Hall
ROBERT L. BLANK, B.C.S.
Florida Bar No. 0948497
E-mail:  rblanksecy@rumberger.com (primary)
E-mail:  docketingtpa@rumberger.com (secondary)
CARIE L. HALL, ESQUIRE
Florida Bar No. 0098984
E-mail: chall@rumberger.com (primary)
E-mail: docketingtpa@rumberger.com and challsecy@rumberger.com (secondary)
JAIME REITZ, ESQUIRE
Florida Bar No. 1003684
E-mail: jreitz@rumberger.com (primary)
E-mail: docketingtpa@rumberger.com and jreitzsecy@rumberger.com (secondary)
RUMBERGER, KIRK & CALDWELL, P.A.
100 North Tampa Street, Suite 2000
Post Office Box 3390
Tampa, Florida  33601-3390
Telephone:  (813) 223-4253
Telecopier:  (813) 221-4752
*Attorneys for SeaWorld Parks & Entertainment LLC*