IN THE CIRCUIT COURT, THIRTEENTH
JUDICIAL CIRCUIT IN AND FOR
HILLSBOROUGH COUNTY, FLORIDA

CASE NO.:

SHARON JOHNSON,

    Plaintiff,

v.

SEAWORLD PARKS & ENTERTAINMENT, LLC,

    Defendant.

_____/

DATE: 5-18-2022
HOUR: 12:36
DEPUTY SHERIFF

## PLAINTIFF'S ORIGINAL COMPLAINT

COMES NOW, the Plaintiff SHARON JOHNSON by and through the undersigned attorney, Jonathan I. Rotstein, Esquire, and pursuant to Florida Rules of Civil Procedure 1.190, and hereby files this Complaint against Defendant SEAWORLD PARKS & ENTERTAINMENT, LLC (SEAWORLD PARKS) and in support thereof states and alleges as follows:

## FACTS

1. This is an action for damages that exceed Thirty Thousand Dollars ($30,000.00).

2. At all times material hereto, Plaintiff, SHARON JOHNSON was a resident of Tampa, Hillsborough County, Florida and is over the age of twenty-one (21).

3. At all times material hereto, Defendant SEAWORLD PARKS was a Foreign Limited Liability Company authorized and licensed to conduct business in Tampa, Hillsborough County, Florida by the Secretary of State and does conduct said business in Hillsborough County, Florida.

4. The accident which is the subject matter of this litigation occurred in Tampa, Hillsborough County, Florida.

5. This Honorable Court has jurisdiction over this lawsuit in that the accident, which is the basis of this lawsuit took place in Hillsborough County, Florida, and that this action for money damages for the Plaintiff SHARON JOHNSON exceeds Thirty Thousand Dollars ($30,000.00) against Defendant SEAWORLD PARKS.

## NEGLIGENCE AGAINST DEFENDANT SEAWORLD PARKS

6. Plaintiff, SHARON JOHNSON is entitled to relief against Defendant SEAWORLD PARKS based upon the following facts:

   (a) Plaintiff realleges and reavers each and every allegation contained in paragraphs 1 through 5 above as though stated herein.

7. On or about December 27, 2019, Plaintiff SHARON JOHNSON was a business invitee at Busch Gardens Tampa Bay and lawfully upon the premises of the Defendant's business located at 10165 McKinley Drive in Tampa, Hillsborough County, Florida.

8. At the aforesaid time and place, as the Plaintiff was walking around the Hippos in the Edge of Africa Exhibit, she tripped on a small, poorly marked step and fell onto the ground, causing serious and permanent physical injury to Plaintiff.

9. At the aforesaid time and place, the Defendant owned, used, possessed, and/or held a mortgage or other lien on the property where the Plaintiff was injured.

10. That at all times material hereto, Defendant, SEAWORLD PARKS, acted by and through its employees, servants, and/or agents, who at all times material hereto, acted within the course and scope of their employment with Defendant.

11. Defendant, SEAWORLD PARKS, had a duty to use reasonable care to maintain the premises in a reasonably safe condition.

12. Defendant, SEAWORLD PARKS, had a duty to warn Plaintiff of concealed perils which are or should be known to Defendant and which were unknown to Plaintiff and could not be discovered by Plaintiff through the exercise of due care.

13. That at the aforesaid time and place, Defendant breached its duty of care by:

   a) failing to maintain the premises in a reasonably safe condition;

   b) failing to warn Plaintiff of a concealed peril that was known to Defendant and that was unknown to Plaintiff and could not have been discovered by Plaintiff through the exercise of due care; and

   c) failing to warn the Plaintiff of a concealed peril that should have been known to Defendant and was unknown to Plaintiff and could not have been discovered by Plaintiff through the exercise of due care.

14. At the aforesaid time and place, Defendant failed to maintain the premises in a reasonably safe condition by providing Plaintiff with a walkway that contained a small, poorly marked step and was unfit to be used as a walkway, Defendant knew that the walkway provided to Plaintiff contained small, poorly marked step and failed to warn Plaintiff that the walkway was unfit to be used as a walkway, and/or Defendant should have known that the walkway contained small, poorly marked step and failed to warn Plaintiff that the walkway was unfit to be used as a walkway.

15. That as a direct and proximate result of the aforedescribed careless, wrongful and negligent acts of the Defendant SEAWORLD PARKS, Plaintiff SHARON JOHNSON suffered bodily injury and resulting pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment. The losses are either permanent or continuing, and Plaintiff will continue to suffer the losses in the future.

WHEREFORE, Plaintiff SHARON JOHNSON demands judgment for damages and costs in an amount exceeding Thirty Thousand Dollars ($30,000.00), against Defendant, SEAWORLD PARKS plus costs of the court and trial by jury.

I HEREBY CERTIFY that a copy of the above and foregoing has been furnished, by regular U.S. mail delivery and/or electronic mail, this 28th day of April, 2022 to Gail Greene, Claims Representative, P.O. Box 5129, Scranton, PA 18505, Gail.greene@esis.com.

Jonathan I. Rotstein, Esquire
Law Office of Rotstein & Shiffman, LLP
309 Oakridge Blvd., Suite B
Daytona Beach, FL 32118
Florida Bar No. 909580
(386) 252-5560 / (386) 238-6999 fax (lmb)
Primary: L.bonner@rotstein-shiffman.com
Alternate 1: M.otto@rotstein-shiffman.com
Alternate 2: T.dallarosa@rotstein-shiffman.com
Attorney for Plaintiff

4